1
2
3
4
5
6
7         **UNITED STATES DISTRICT COURT**
8         **DISTRICT OF NEVADA**
9
10 PASQUAIL BATES, *et al.*,
11     Plaintiffs,                 Case No. 2:13-CV-01731-KJD-CWH
12 v.                             **ORDER**
13 DOLLAR LOAN CENTER, LLC d/b/a
   DOLLAR LOAN CENTER d/b/a LOAN
14 SHACK, *et al.*,
15     Defendants.
16
17        Presently before the Court is Defendants' Unopposed Motion to Seal and File Redacted
18 Exhibits (#52).  Having read and considered the motion, and good cause being found, the Motion to
19 Seal and File Redacted Exhibits is **GRANTED**.
20 **IT IS SO ORDERED**.
21        DATED this 31st day of December 2013.
22
23
24                        _____
25                        Kent J. Dawson
                        United States District Judge
26