# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PASQUAIL BATES, et al., ) | Case No. 2:13-cv-01731-KJD-CWH |
| Plaintiffs, ) | |
| ) | **ORDER** |
| vs. ) | |
| DOLLAR LOAN CENTER, LLC, et al., ) | |
| Defendants. ) | |

This matter is before the Court on Defendants' Motion to Stay Discovery (#57), filed December 31, 2013. The motion is predicated on the need to stay discovery pending resolution of several motions for summary judgment, each of which has either been stricken or denied. *See* Orders (#99) and (#64). Thus, there is no longer a basis for the requested stay. Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion to Stay Discovery (#57) is **denied**.

DATED: June 10, 2014.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**