1

2

3

4          **UNITED STATES DISTRICT COURT**

5              **DISTRICT OF NEVADA**

6

7   PASQUAIL BATES, et al.,                    )
                                               )       Case No. 2:13-cv-01731-KJD-CWH
8                  Plaintiffs,                 )
                                               )       **ORDER**
9   vs.                                        )
                                               )
10  DOLLAR LOAN CENTER, LLC, et al.,           )
                                               )
11                 Defendants.                 )
    _____)

12
          This matter is before the Court on Plaintiffs' Unopposed Motion to Seal (#107) and
13
    Unopposed Motion to Seal (#110), both filed on June 25, 2014.  The undersigned has reviewed the
14
    motions and exhibits referenced therein and finds that there are compelling reasons to seal the
15
    specifically identified exhibits.  Accordingly,
16
          **IT IS HEREBY ORDERED** that Plaintiffs' Unopposed Motion to Seal (#107)and
17
    Unopposed Motion to Seal (#110) are **granted**.
18
          DATED: June 27, 2014.
19

20

21                                      _____
                                        **C.W. Hoffman, Jr.**
22                                      **United States Magistrate Judge**

23

24

25

26

27

28