UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PASQUAIL BATES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DOLLAR LOAN CENTER, LLC, et al., <br><br> Defendants. | Case No. 2:13-CV-1731-KJD-CWH <br><br><br> ORDER |

Before the Court is Defendants' Unopposed Motion to Seal and/or Redact Portions of Exhibit B to Defendant's [sic] response to Plaintiff Ronald Grider's Objection to Exhibits Anderson-6 and Anderson-7 to the Affidavit of Ed Anderson (ECF 154). (#155). The Court reminds the parties that unopposed motions require a signature block in accordance with Local Rule 6-2. However, to preserve Mr. Walter Aviles' private information, in harmony with Federal Rule of Civil Procedure 5.2(d), and in the interest of judicial economy, the Court **HEREBY ORDERS** that Defendants' response (#154) Exhibit B be **SEALED**. Defendants are **HEREBY ORDERED** to file redacted versions of the documents for the public record on or before October 3, 2014.

DATED this 26th day of September 2014.

_____
Kent J. Dawson
United States District Judge