UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PASQUAIL BATES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DOLLAR LOAN CENTER, et al., <br><br> Defendants. | Case No. 2:13-CV-1731-KJD-CWH <br><br><br> ORDER |

The parties have represented to the Court that settlement is imminent in this matter. Accordingly, they have petitioned the Court to vacate the hearing set for tomorrow, January 21, 2015. The parties have also petitioned the Court to set this matter for a status check in approximately two weeks.

Based on the parties' assurances that settlement is in fact imminent, the Court **HEREBY VACATES** the evidentiary hearing set for January 21, 2015, and **SETS** this matter for status check on February 3, 2015 at 9:00 A.M.

DATED this 20th day of January 2015.

_____
Kent J. Dawson
United States District Judge