UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PASQUAIL BATES, *et al.*, | Case No. 2:13-CV-1731-KJD-CWH |
| Plaintiffs, | |
| v. | ORDER |
| DOLLAR LOAN CENTER, LLC, *et al.*, | |
| Defendants. | |

The parties have represented to the Court that settlement is imminent (#198). Accordingly, the Court **HEREBY DENIES** all pending motions (##126, 191) without prejudice as moot.

DATED this 11th day of March 2015.

_____
Kent J. Dawson
United States District Judge