Patrick J. Reilly, Esq.
Nevada Bar No. 6103
HOLLAND & HART LLP
9555 Hillwood Drive, Second Floor
Las Vegas, Nevada 89134
Tel: (702) 669-4600
Fax: (702) 669-4650
preilly@hollandhart.com

Holly Stein Sollod, Esq.
*Admitted Pro Hac Vice*
Kathleen Kramer Custer, Esq.
*Admitted Pro Hac Vice*
HOLLAND & HART LLP
555 17th Street
Denver, Colorado 80202
Tel: (303) 295-8085
Email: hsteinsollod@hollandhart.com
       kkcuster@hollandhart.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PASQUAIL BATES, individually and on behalf of all others similarly situated; RONALD GRIDER, individually and on behalf of all others similarly situated; ERIK W. WAHL, individually and on behalf of all others similarly situated; DILLYN WARREN, individually and on behalf of all others similarly situated; JULIE WRIGHT, individually and on behalf of all others similarly situated; SHARON PRATT, individually and on behalf of all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>DOLLAR LOAN CENTER, LLC d/b/a DOLLAR LOAN CENTER d/b/a LOAN SHACK, a Nevada Limited Liability Company; DLC EMPIRE, LLC d/b/a DOLLAR LOAN CENTER, a South Dakota Limited Liability company; CLARK COUNTY COLLECTION SERVICE, LLC d/b/a CLARK COUNTY COLLECTION SERVICE, a Nevada Limited Liability Company; CHECK CITY PARTNERSHIP, | Case No. : 2:13-cv-01731-KJD-CWH<br><br>**ORDER DISMISSING CASH 1, LLC WITH PREJUDICE** |

LLC d/b/a CHECK CITY, a Nevada Limited Liability Company; TOSH, INC. d/b/a TOSH OF UTAH, INC. d/b/a CHECK CITY CHECK CASHING d/b/a/ CHECK CITY, a Utah Corporation; CCI FINANCIAL, INC. d/b/a CHECKCITY.COM, a Utah Corporation; CASH 1, LLC d/b/a CASH 1, a Nevada Limited Liability Company,

Defendants.

## **STIPULATION**

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Sharon Pratt ("Ms. Pratt") and Defendant Cash 1, LLC ("Cash 1") hereby stipulate and agree, by and through their respective counsel of record, that all claims asserted by Ms. Pratt against Cash 1 shall be dismissed with prejudice, and that Cash 1 shall be dismissed with prejudice from this action. Each party shall bear her or its own attorney's fees and costs of suit.

/ / /

/ / /

/ / /

7587316_1

This Stipulation and Order shall have no effect on any claims asserted against any other party in the above-entitled action.

DATED this 22nd day of April 2015.      DATED this 22nd day of April 2015.

 /s/ Patrick J. Reilly            __/s/ Paul C. Williams_____
Patrick J. Reilly, Esq.           Dennis L. Kennedy
HOLLAND & HART LLP                Kelly B. Stout
9555 Hillwood Drive, Second Floor Paul C. Williams
Las Vegas, Nevada 89134           Bailey Kennedy
                                  8984 Spanish Ridge Avenue
Holly Stein Sollod, Esq.          Las Vegas, Nevada 89148-1302
*Admitted Pro Hac Vice*
Kathleen Kramer Custer, Esq.      George H. Haines
*Admitted Pro Hac Vice*           David H. Krieger
HOLLAND & HART LLP                Haines & Krieger
555 17th Street                   8985 South Eastern Avenue, Suite 130
Denver, Colorado 80202            Henderson, Nevada 89123

*Attorneys for Defendants*        *Attorneys for Plaintiffs*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE

DATED:  April 24, 2015