Dennis L. Kennedy
Nevada Bar No. 1462
Joshua M. Dickey
Nevada Bar No. 6621
Kelly B. Stout
Nevada Bar No. 12105
Paul C. Williams
Nevada Bar No. 12524
**BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone:  702.562.8820
Facsimile:  702.562.8821
DKennedy@BaileyKennedy.com
JDickey@BaileyKennedy.com
PWilliams@BaileyKennedy.com

[Additional Attorneys on Signature Page]

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| RONALD GRIDER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CLARK COUNTY COLLECTION SERVICE, LLC, a Nevada limited-liability company; DOLLAR LOAN CENTER, LLC, a Nevada limited-liability company; and DLC EMPIRE, LLC, a South Dakota limited-liability company,<br><br>Defendants. | Case No.  2:13-cv-01731-KJD-CWH<br><br>**PLAINTIFF RONALD GRIDER'S MOTION TO INCREASE CLASS ADMINISTRATION COSTS**<br><br>Final Approval Hearing<br>    <u>Date</u>: February 21, 2017<br>    <u>Time</u>: 9:00 a.m. |

Pursuant to Federal Rule of Civil Procedure 23 and the Settlement Agreement and Release (the "Settlement Agreement") entered into by Plaintiff Ronald Grider ("Mr. Grider" or "Plaintiff") and Defendant Clark County Collection Service ("CCCS"), Mr. Grider, respectfully requests (the "Motion") to increase the class administration costs from $100,000 to $124,646.76 (an increase of $24,646.76) as the result of unanticipated costs that ILYM Group, Inc. ("ILYM") has incurred in administering the Settlement Agreement.  The additional payment of costs to ILYM **will not** require any additional payments by CCCS and **will not** reduce the award to Settlement Class Members.

1  The Motion is supported by the papers and pleadings on file, the accompanying

2  Memorandum of Points and Authorities, the Declaration of Lisa Mullins (ECF No. 231), and any

3  oral argument heard by the Court.

4  DATED this 14th day of February, 2017.

BAILEY❖KENNEDY

By: /s/ Dennis L. Kennedy
   DENNIS L. KENNEDY
   JOSHUA M. DICKEY
   PAUL C. WILLIAMS

   GEORGE H. HAINES
   DAVID H. KRIEGER
   HAINES & KRIEGER
   8985 South Eastern Avenue, Suite 130
   Las Vegas, Nevada 89123
   Phone Number: (702) 880-5554
   Fax Number: (702) 385-5518
   GHaines@hainesandkrieger.com
   DKrieger@hainesandkrieger.com
   *Attorneys for Plaintiffs*

## **MEMORANDUM OF POINTS AND AUTHORITIES**

Mr. Grider respectfully requests to increase the amount of class administration fees from $100,000 to $124,646.76 (an increase of $24,646.76) as the result of unanticipated costs that class administrator ILYM Group, Inc. ("ILYM" or "Class Administrator") has incurred in administering the Settlement Agreement in this matter.

As this Court is aware, the Plaintiff and CCCS entered into the Settlement Agreement for the purposes of a class-wide settlement (the "Settlement Class")—which this Court has already preliminarily approved. (ECF No. 222-1, Settlement Agreement ["Settlement Agr."]; ECF No. 223, Order Granting Motion for Preliminary Approval of Class Action Settlement and Certification of Settlement Class, May 31, 2016).

The Settlement Agreement provides that costs of notice and claims administration are to be paid from the Settlement Fund. (ECF No. 222-1, Settlement Agr. § VII.B.) The costs include payment for the Direct Mail Notices, Settlement Website, publication of the summary notice, and claims administration. (*See id.* § VII.B.) The Settlement Agreement specifically provides that the administration costs and Direct Mail Notices costs are estimated at one hundred thousand dollars ($100,000.00) and are to be held in trust by the Claims Administrator. (*Id.*) However, the Settlement Agreement also provides that if the claims administration costs "exceed $100,000.00, Class Counsel may, for good cause, seek to increase this amount, supported by adequate documentation from the Claims Administrator." (*Id.*)

The claims administration costs have exceeded $100,000.00 due to unanticipated issues, and ILYM has requested an additional $24,646.76 in costs. (ECF No. 231, Mullins Decl. ¶¶ 22-23.) Specifically, ILYM faced unanticipated costs due to:

- The class data CCCS supplied to ILYM was incomplete with respect to Settlement Class Member names. Many entries had either only a first or a last name (but not both). Many of the names provided were not complete. As a result, ILYM was required to conduct a visual review of all names line by line in order to verify name to phone number match.

- Once the data file was reformatted by ILYM Group, it was uploaded into ILYM's reverse lookup software. This process was done on three separate occasions for accuracy as the data provided was not complete.
- ILYM reformatted the data on two separate occasions in order to provide the data to CCCS in a format to assist CCCS conduct its review of the claims. The reformatting of the data took a substantial amount of time.

(*Id.* ¶ 23.) ILYM believes that the additional $24,646.76 will be sufficient to cover all additional costs involved in administering the Settlement Agreement. (*Id.* ¶ 22; *see also* ECF No. 231-5, Invoice – Administrative Costs.) Indeed, the additional payment of costs to ILYM will **not require any additional payments by Defendants and will not reduce the award to Settlement Class Members** as the number of valid claims did not reach the Minimum Aggregate Payout. (*See* ECF No. 222-1, Settlement Agr. § VI.A.2.)

In sum, Mr. Grider respectfully requests that the Court enter an order increasing the payment to ILYM for class administration costs from $100,000.00 to $124,646.76 as a result of the unanticipated costs incurred by ILYM in administering the class settlement.

DATED this 14th day of February, 2017.

BAILEY❖KENNEDY

By:  /s/ Dennis L. Kennedy
    DENNIS L. KENNEDY
    JOSHUA M. DICKEY
    PAUL C. WILLIAMS

GEORGE H. HAINES
DAVID H. KRIEGER
HAINES & KRIEGER
8985 South Eastern Avenue, Suite 130
Las Vegas, Nevada 89123
Phone Number: (702) 880-5554
Fax Number: (702) 385-5518
GHaines@hainesandkrieger.com
DKrieger@hainesandkrieger.com
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that I am an employee of BAILEY❖KENNEDY and that on the 14th day of February, 2017, service of the foregoing Plaintiff Ronald Grider's Motion to Increase Class Administration Costs was made by mandatory electronic service through the United States District Court's electronic filing system and/or by depositing a true and correct copy in the U.S. Mail, first class postage prepaid, and addressed to the following at their last known address:

| | |
|---|---|
| PATRICK J. REILLY<br>**HOLLAND & HART LLP**<br>9555 Hillwood Drive<br>Second Floor<br>Las Vegas, Nevada 89134 | Email: PReilly@HollandHart.com<br><br>*Attorneys for Defendants* |
| HOLLY STEIN SOLLOD<br>KATHLEEN KRAMER CUSTER<br>C/O **HOLLAND & HART LLP**<br>9555 Hillwood Drive<br>Second Floor<br>Las Vegas, Nevada 89134 | Email: HSteinSollod@HollandHart.com<br>KKCuster@HollandHart.com<br><br>*Attorneys for Defendants* |
| KELLY H. DOVE<br>**SNELL & WILMER**<br>3883 Howard Hughes Parkway<br>Suite 1100<br>Las Vegas, Nevada 89169 | Email: KDove@swlaw.com<br><br>*Attorneys for Nevada Collectors Association* |

                                           /s/ Paul C. Williams
                                 Employee of BAILEY❖KENNEDY