Patrick J. Reilly, Esq.
Nevada Bar No. 6103
HOLLAND & HART LLP
9555 Hillwood Drive, Second Floor
Las Vegas, Nevada 89134
Tel: (702) 669-4600
Fax: (702) 669-4650
preilly@hollandhart.com

Holly Stein Sollod, Esq.
*Admitted Pro Hac Vice*
Kathleen Kramer Custer, Esq.
*Admitted Pro Hac Vice*
HOLLAND & HART LLP
555 17th Street
Denver, Colorado 80202
Tel: (303) 295-8085
Email: hsteinsollod@hollandhart.com
          kkcuster@hollandhart.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RONALD GRIDER, individually and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>CLARK COUNTY COLLECTION SERVICE, LLC, a Nevada limited-liability company; DOLLAR LOAN CENTER, LLC, a Nevada limited-liability company; and DLC EMPIRE, LLC, a South Dakota limited-liability company,<br><br>Defendants. | Case No. : 2:13-cv-01731-KJD-CWH<br><br>**MOTION TO WITHDRAW AS COUNSEL** |

The law firm of Holland & Hart LLP, on behalf of its former associate, Nicole E. Lovelock, hereby moves to withdraw Ms. Lovelock as an attorney of record for Defendants Clark County Collection Service, LLC, Dollar Loan Center, LLC, and DLC Empire, LLC ("Defendants"). This Motion is made pursuant to Local Rule IA 11-6(b) and is based upon the following memorandum of points and authorities, and any further papers, pleadings, or oral argument which this Court may consider.

Page 1 of 3

# MEMORANDUM OF POINTS AND AUTHORITIES

I. ARGUMENT

### A. Applicable Legal Standard

Under the Court's Local Rules, an attorney may withdraw from representing a party by leave of court after notice is served on the affected client and opposing counsel. *See* LR IA 11-6(b). The Local Rules also require attorneys to adhere to the standards of conduct set forth in the Model Rules of Professional Conduct as adopted and amended by the Nevada Supreme Court. *See* LR IA 11-7(a). The Nevada Rules of Professional Conduct, in turn, provide that a lawyer may withdraw from representing a client if "[w]ithdrawal can be accomplished without material adverse effect on the interests of the client" or "[o]ther good cause for withdrawal exists." *See* Nev. Rules of Prof'l Conduct 1.16(b)(1), (7).

### B. Withdrawal Is Appropriate

In this case, good cause exists for Ms. Lovelock's withdrawal as counsel and said withdrawal will not have an adverse effect on the interests of Defendants. Ms. Lovelock is no longer assigned to this case as she has left the employ of Holland & Hart LLP. Defendants' interests will not be affected by Ms. Lovelock's withdrawal because Holland & Hart LLP, including Patrick J. Reilly, Esq., will continue to represent Defendants in this matter. Accordingly, all notice of filings and orders should no longer be directed to Ms. Lovelock and should be directed to Patrick J. Reilly, Esq. on behalf of Defendants.

II. CONCLUSION

For the foregoing reasons, Defendants respectfully request the Court's permission for Ms. Lovelock to withdraw as counsel from this matter.

DATED this 9th day of March 2017.

IT IS SO ORDERED.

DATED: March 13, 2017

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

/s/ Patrick J. Reilly
Patrick J. Reilly, Esq.
Holly Stein Sollod, Esq. (*Pro Hac Vice*)
Kathleen Kramer Custer, Esq. (*Pro Hac Vice*)
HOLLAND & HART LLP
9555 Hillwood Drive, Second Floor
Las Vegas, Nevada 89134
*Attorneys for Defendants*

9634258_1

Holland & Hart LLP
9555 Hillwood Drive, Second Floor
Las Vegas, Nevada 89134

# CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of March, 2017, a true and correct copy of the foregoing **MOTION TO WITHDRAW AS COUNSEL** was served on counsel through the Court's electronic service system or by depositing same in the United States mail, first class postage fully prepaid to the persons and addresses listed below:

**Electronic Service:**

Dennis L. Kennedy
Kelly B. Stout
Paul C. Williams
Bailey Kennedy
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Email:  DKennedy@BaileyKennedy.com
        pwilliams@baileykennedy.com
        smurnane@baileykennedy.com

George H. Haines
David H. Krieger
Haines & Krieger
8985 South Eastern Avenue, Suite 130
Las Vegas, Nevada 89123
Email: ghaines@hainesandkrieger.com
       dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

**Via U.S. Mail:**

Clark County Collection Service, LLC
ATTN:  Mary Brennan
8860 West Sunset Road, Suite 100
Las Vegas, Nevada 89148

Dollar Loan Center, LLC
DLC Empire, LLC
ATTN:  Edward Anderson
8860 West Sunset Road, Suite 100
Las Vegas, Nevada 89148

                                         /s/ Susann Thompson
                               An employee of Holland & Hart LLP

9634258_1